*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                    Chapter: 7

     Emily Elizabeth–Massa Nasrawi

Debtor(s)                                                                 Case No: 26–11358–djb

---

### *ORDER*

    AND NOW, 7/7/26 , the debtor having failed to file either a certificate regarding completion

of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),


    And the certificate regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),


    Accordingly, it is hereby ORDERED that the debtor shall have until 7/21/26 to file a certificate

regarding completion of an instructional course concerning personal financial management or a request for a waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P.

4004.


                                                             For The Court

                                                             Derek J Baker

                                                             Judge, United States Bankruptcy
                                                             Court