## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Emily Elizabeth-Massa Nasrawi fka      CHAPTER 7
Emily St. Germain

       Debtor(s)          BKY. NO. 26-11358 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Maggie Soboleski*
_____
Maggie Soboleski
13 Jul 2026, 10:47:20, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: a8283cbc02859913710f2ca9302fbaa087113ef8a04f5bf1b2d446dfc5e2f5f3