Certificate Number: 15111-PAE-DE-041210007

Bankruptcy Case Number: 26-11358



15111-PAE-DE-041210007

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 4:52 o'clock PM EDT, Emily Elizabeth-Massa Nasrawi completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 15, 2026                              By:      /s/Hasan Bilal for Ryan McDonough

                                                  Name:   Ryan McDonough

                                                  Title:    Executive Director of Education