United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Emily Elizabeth-Massa Nasrawi

    Debtor

Case No. 26-11358-djb

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: 318 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Emily Elizabeth-Massa Nasrawi, 19 Burning Bush Lane, Levittown, PA 19054-2805 |
| 15123223 | + | Biddles Corner Toll Plaza, State Route 1, 2111 Dupont Parkway, Middletown, DE 19709-9332 |
| 15123227 | | Dover Toll Plaza, EZ Pass, State Route 1, 200 Plaza Drive, Dover, DE 19901 |
| 15123231 | + | Keystone Collections Group, POB 499, Irwin, PA 15642-0499 |
| 15123233 | + | Lower Bucks County Joint Municipal Autho, 7811 New Falls Road, Levittown, PA 19055-1014 |
| 15123236 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 15123238 | + | Newark Toll Plaza, 1-95 Toll Plaza, 1200 Whittaker Road @ I95, Newark, DE 19702-1018 |
| 15123242 | + | Pennco Tech, 3815 Otter Street, Bristol, PA 19007-3696 |
| 15123244 | + | Stream/amh, 4031 Mill Road, Collegeville, PA 19426-1131 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 17 2026 02:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Jul 17 2026 06:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15123221 | + Email/PDF: AffirmBKNotifications@resurgent.com | Jul 17 2026 02:20:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15123222 | + EDI: TSYS2 | Jul 17 2026 06:10:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15123224 | + EDI: CAPITALONE.COM | Jul 17 2026 06:10:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15123225 | + EDI: JPMORGANCHASE | Jul 17 2026 06:10:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 15123226 | + EDI: CITICORP | Jul 17 2026 06:10:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15123228 | ^ MEBN | Jul 17 2026 02:17:07 | EZ Pass New York, POB 15186, Albany, NY 12212-5186 |
| 15123229 | EDI: IRS.COM | Jul 17 2026 06:10:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 15123232 | Email/Text: customerservice.us@klarna.com | Jul 17 2026 02:17:00 | Klarna Inc, 629 N High Street, Suite 300, Columbus, OH 43215 |
| 15123230 | + Email/Text: Bankruptcy@keystonecollects.com | Jul 17 2026 02:18:00 | Keystone Collections Group, POB 499, Irwin, PA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: 318 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | | 15642-0499 |
| 15163630 | ^ MEBN | Jul 17 2026 02:16:53 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA. 19106-1541 |
| 15123234 | Email/Text: camanagement@mtb.com | Jul 17 2026 02:18:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15123235 | ^ MEBN | Jul 17 2026 02:16:36 | Michael F. Ratchford, Esquire, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 15123237 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 17 2026 02:17:00 | New Jersey Turnpike Authority, POB 5042, Woodbridge, NJ 07095-5042 |
| 15123239 | + Email/Text: CustomerBankrNotice@paturnpike.com | Jul 17 2026 02:18:00 | PA Turnpike Commission, Legal Department, 700 S Eisenhower Boulevard, Middletown, PA 17057-5529 |
| 15123240 | ^ MEBN | Jul 17 2026 02:16:53 | PA Turnpike Toll By Plate, POB 645631, Pittsburgh, PA 15264-5254 |
| 15123241 | Email/Text: bankruptcygroup@peco-energy.com | Jul 17 2026 02:18:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15123243 | + Email/Text: panynjbankruptcynotices@panynj.gov | Jul 17 2026 02:18:00 | Port Authority of NY and NJ, General Counsel, 4 World Trade Center, 150 Greenwich Street, New York, NY 10007-2364 |
| 15123245 | + EDI: SYNC | Jul 17 2026 06:10:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15123246 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 17 2026 02:18:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 15123247 | + Email/Text: bkelectronicnotices@usaa.com | Jul 17 2026 02:17:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MAGGIE S SOBOLESKI | on behalf of Creditor Lakeview Loan Servicing  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |

District/off: 0313-2

Date Rcvd: Jul 16, 2026

User: admin

Form ID: 318

Page 3 of 3

Total Noticed: 31

MICHELE PEREZ CAPILATO

on behalf of Debtor Emily Elizabeth-Massa Nasrawi michelecapilatolaw@gmail.com
perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

ROBERT W. SEITZER

rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Emily Elizabeth–Massa Nasrawi | Social Security number or ITIN   xxx–xx–9138 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _  EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   26–11358–djb

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Emily Elizabeth–Massa Nasrawi
fka Emily St. Germain

7/16/26

**By the court:**   Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support
  obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

- ♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

- ♦ some debts which the debtors did not
  properly list;

- ♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

- ♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318 **Order of Discharge** page 2